# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KATELYN GARLICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| WAYNE HEALEY, JR., individually, and as agent of VETERAN'S TRUCK LINE, INC., a Wisconsin Corporation, and VETERAN'S TRUCK LINE, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

NOW COME Defendants, WAYNE HEALEY, JR. and VETERAN'S TRUCK LINE, INC. (collectively "Defendants"), by their attorneys, ORLEANS CANTY NOVY, LLC, pursuant to Title 28 U.S.C. §§ 1332, 1441 and 1446, hereby file their Notice of Removal of the cause entitled *KATELYN GARLICK v. WAYNE HEALEY, JR., individually, and as agent of VETERAN'S TRUCK LINE, INC., a Wisconsin Corporation, and VETERAN'S TRUCK LINE, INC.,* filed in the Circuit Court of Cook County, County Department, Law Division, Illinois, under case number 21 L 4558. As their grounds for removal, Defendants state as follows:

1. That Plaintiff, KATELYN GARLICK, ("Plaintiff") commenced an action against the above-referenced Defendants on or about May 4, 2021 by filing Plaintiff's Complaint in the Circuit Court of Cook County, County Department, Law Division, Illinois, under case number 21 L 4558. (See Summons and Plaintiff's Complaint attached hereto and made a part of this Notice as Exhibit A).

2. WAYNE HEALEY, JR. was served with Summons and Complaint on May 29, 2021.

3. VETERAN'S TRUCK LINE, INC. was served with Summons and Complaint on or around May 25, 2021.

4. On June 18, 2021, Defendants, WAYNE HEALEY, JR. and VETERAN'S TRUCK LINE, INC. filed their Appearance, Jury Demand, and Answer in the Circuit Court of Cook County, Illinois. (See Appearance, Jury Demand, and Answer of WAYNE HEALEY, JR. and VETERAN'S TRUCK LINE, INC. attached hereto and made a part of this Notice as Exhibit B).

5. 28 U.S.C. § 1332 provides that:

(a) The District Court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between

(1) citizens of different states;

(2) citizens of a State and citizens or subjects of a foreign state . . .

6. Accordingly, this action is removable under 28 U.S.C. §1441, which provides:

(a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.

7. Pursuant to 28 U.S.C. § 1446 this Notice of Removal is being brought within 30 days of Notice of the Lawsuit.

8. The Illinois Traffic Crash Report indicates that Plaintiff is a resides at 2370 E. Bradshire Court, Arlington Heights, Illinois, 60004. (See copy of Illinois Traffic Crash Report attached hereto and made a part of this Notice as Exhibit C). Upon information and belief, Plaintiff still resides at that address.

9. As such, Plaintiff is a citizen of the State of Illinois and was a citizen of the State of Illinois at the time of the alleged incident.

10. VETERAN'S TRUCK LINE, INC. is a corporation incorporated in the State of Wisconsin licensed to do business in Illinois. (Ex. A, and see copy of SAFER Web Company Snapshot, attached as Exhibit D). At the time of the alleged incident VETERAN'S TRUCK LINE, INC. was a corporation incorporated in the State of Wisconsin doing business in Illinois. VETERAN'S TRUCK LINE, INC. is a transportation company in the business of delivering cargo by tractor-trailer in the United States of America. VETERAN'S TRUCK LINE, INC. currently has its principal place of business in Burlington, Wisconsin.

12. Therefore, VETERAN'S TRUCK LINE, INC. is a citizen of the State of Wisconsin.

13. On the date of the incident, Defendant, WAYNE HEALEY, JR., was domiciled at W 3533 State Road 11, Elkhorn, Wisconsin 53121. (Ex. C) WAYNE HEALEY, JR. still resides at that address.

14. Thus, Defendant WAYNE HEALEY, JR. is a citizen of the State of Wisconsin.

15. Consequently, diversity of citizenship exists between Plaintiff and Defendants.

16. The State Court action is an action for civil damages by Plaintiff for personal injuries. Plaintiff does not specify a dollar amount of damages in her Complaint. Rather, Plaintiffs' Complaint seeks damages "in excess of the minimum jurisdiction limit of $50,000.00 of the Law Division of the Circuit Court of Cook County, Illinois." Plaintiff alleges that as a result of the subject incident, she "sustained injuries of a personal and pecuniary nature." (Ex. A). Defendants make a reasonable conclusion based on the allegations of the complaint that

Plaintiff's injuries are permanent, that the amount in controversy exceeds $75,000, exclusive of interest and costs.

17. Therefore, this matter is removable under 28 U.S.C. § 1332 because diversity of citizenship exists between all parties and the amount in controversy exceeds $75,000.

WHEREFORE, Defendants, WAYNE HEALEY, JR. and VETERAN'S TRUCK LINE, INC., file their Notice of Removal, removing the State Court action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

**Defendants Demand Trial by Jury.**

Respectfully submitted,
WAYNE HEALEY, JR. and VETERAN'S TRUCK LINE, INC., Defendants.

By: ___s/ *Bradley A. Bertkau*___
One of Their Attorneys

Bradley A. Bertkau
Steven M. Canty
ORLEANS CANTY NOVY, LLC
65 E. Wacker Place, Suite 1220
Chicago, IL 60601
847/625-8200
847/625-8262 – Fax