FILED DATE: 5/4/2021 11:41 AM   2021L004558

FILED
5/4/2021 11:41 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004558

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

KATELYN GARLICK

_____
Plaintiff(s)

v.

WAYNE HEALEY, JR., and VETERAN'S
LINE, INC.

_____
Defendant(s)

Carl D. Holborn, Reg. Agent for Veteran's Line
111 E. Wisconsin Ave., Milwaukee, WI 53202

_____
Address of Defendant(s)

Case No. _____

Please serve as follows (check one):  ○ Certified Mail  ● Sheriff Service  ○ Alias

## SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer YOU DO NOT NEED TO COME TO THE
COURTHOUSE. You will need: a computer with internet access; an email address; a completed
Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/
appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3


EXHIBIT
A

FILED DATE: 5/4/2021 11:41 AM 2021L004558

**Summons - Alias Summons**                                             **(12/01/20) CCG 0001 B**

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www. illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

 

◉ Atty. No.: 60473                          Witness date _____

○ Pro Se 99500                             5/4/2021 11:41 AM IRIS Y. MARTINEZ

Name: Paul L. Salzetta

Atty. for (if applicable):                         IRIS Y. MARTINEZ, Clerk of C...

Plaintiff                                □ Service by Certified Mail: _____

Address: 111 W. Washington Street, Suite 1200       □ Date of Service: _____

City: Chicago                            (To be inserted by officer on copy left with employer or other person)

State: IL   Zip: 60602

Telephone: (312) 236-6324

Primary Email: office@wsorlaw.com

FILED DATE: 5/4/2021 11:41 AM   2021L004558

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
                      OR
             ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

**12-Person Jury**

FILED
5/4/2021 11:41 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004558

## IN THE CIRCUIT COURT COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| KATELYN GARLICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| WAYNE HEALEY, JR., individually, | ) | |
| and as agent of VETERAN'S TRUCK | ) | |
| LINE, INC., a Wisconsin Corporation, | ) | |
| and VETERAN'S TRUCK LINE, INC., | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |
| | ) | |

## COMPLAINT AT LAW

NOW COMES Plaintiff, KATELYN GARLICK, by and through her attorneys, WINTERS SALZETTA O'BRIEN & RICHARDSON, L.L.C., and in complaining of the Defendants, WAYNE HEALEY, JR. and VETERAN'S TRUCK LINE, INC., states as follows:

1.     On May 21, 2019, and at all times relevant, VETERAN'S TRUCK LINE, INC., was a Wisconsin corporation with its principal address listed as 800 Blackhawk Drive, Burlington, Wisconsin 53105 (hereinafter, "VETERAN'S").

2.     On May 21, 2019, and at all times relevant, VETERAN'S was licensed to, and was doing, business in the State of Illinois.

3.     On May 21, 2019, and at all times relevant, Defendant, VETERAN'S, was a motor carrier as defined under the Federal Motor Carrier Safety Act, 49 C.F.R.390.5.

4.     On May 21, 2019, and at all times relevant, Defendant, VETERAN'S, was engaged in the trucking business affecting intrastate commerce that owns and/or leases commercial motor vehicles in connection with its business to operate commercial motor vehicles, including, but not limited to, tractor trailers.

FILED DATE: 5/4/2021 11:41 AM    2021L004558

FILED DATE: 5/4/2021 11:41 AM  2021L004558

5.    On May 21, 2019, and at all times relevant, WAYNE HEALEY, JR., (hereinafter, "HEALEY"), was an agent and/or employee of VETERAN'S as a licensed truck driver.

6.    On May 21, 2019, and at all times relevant, HEALEY, held a valid Wisconsin-issued Commercial Driver's License.

7.    On May 21, 2019 and at all times relevant, Dundee Road was a public highway running in an east/west direction in the City of Palatine, Cook County, State of Illinois.

8.    On May 21, 2019 and at all times relevant, the intersection of Dundee Road and Smith Street in the City of Palatine, Cook County, State of Illinois, was controlled by a traffic light.

9.    On May 21, 2019 and at all times relevant, Plaintiff, KATELYN GARLICK, was operating a 2013 Chevrolet Equinox eastbound on Dundee Road when she was stopped in traffic.

10.    On May 21, 2019 and at all times relevant, Defendant, VETERAN'S, owned, managed, and controlled a 2012 Great Dane Tractor Trailer (hereinafter "Tractor Trailer") with VIN number 1GRAA0622CW703651.

11.    On May 21, 2019, and at all times relevant, Defendant, HEALEY, was operating said Tractor Trailer eastbound on Dundee Road when he struck the rear of PLAINTIFF's vehicle and caused a motor vehicle collision.

12.    On May 21, 2019, and at all times relevant, Defendant, HEALEY, was acting within the course and scope of his agency and/or employment relationship with Defendant, VETERAN'S.

13.    On May 21, 2019 and at all times relevant, Defendant, HEALEY, individually and as an agent/employee of VETERAN'S, was trained and certified and instructed in the operation of

2

FILED DATE: 5/4/2021 11:41 AM    2021L004558

said Tractor Trailer to conform with all Veteran's Truck Line, Inc. standards that were in effect on May 21, 2019.

14. On May 21, 2019 and at all times relevant, Defendant, HEALEY, individually and as an agent/employee of VETERAN'S, was trained and certified and instructed in the operation of said Tractor Trailer to conform with all Commercial Driver's License standards and requirements which were in effect on May 21, 2019.

15. On May 21, 2019 and at all times relevant, the Defendant, HEALEY, as agent/employee of VETERAN'S knew or should have known of the VETERAN'S policies and procedures that were in effect on May 21, 2019.

16. On May 21, 2019 and at all times relevant, the Defendant, HEALEY, as agent/employee of VETERAN'S knew or should have known of the Commercial Driver's License standards and requirements which were in effect on May 21, 2019.

17. On May 21, 2019 and at all times relevant, the Defendant, VETERAN'S, by and through its agent/employee, Defendant, HEALEY, had a duty to exercise reasonable care and caution in the operation of the Tractor Trailer to avoid injury to PLAINTIFF.

18. On May 21, 2019 and at all times relevant, the Defendant, HEALEY, as agent and/or employee of Defendant, VETERAN'S, had a duty to exercise reasonable care and caution in the operation of the Tractor Trailer to avoid injury to PLAINTIFF.

19. On May 21, 2019 and at all times relevant, Defendant, VETERAN'S, by and through its agent/employee, Defendant, HEALEY, operated said tractor trailer in a manner that caused the Tractor Trailer to collide with the rear of PLAINTIFF'S vehicle at or near the intersection of Dundee Road and King Edward Court in the City of Palatine, County of Cook, State of Illinois.

FILED DATE: 5/4/2021 11:41 AM    2021L004558

20.     On May 21, 2019 and at all times relevant, Defendant, HEALEY, as agent and/or employee of Defendant, VETERAN'S, operated said Tractor Trailer in a manner that caused the tractor trailer to collide with PLAINTIFF'S vehicle at or near the intersection of Dundee Road and King Edward Court in the City of Palatine, County of Cook, State of Illinois.

21.     On May 21, 2019 and at all times relevant, Defendant, VETERAN'S, individually, and by and through its agent/employee, Defendant, HEALEY, individually, was negligent in one or more of the following respects:

a. Carelessly owned, operated, managed, and maintained said tractor trailer in such a manner as to endanger the safety of Plaintiff;

b. Carelessly owned, operated, managed, and maintained said tractor trailer by proceeding at a speed which was greater than reasonable and proper in violation of 625 ILCS 5/11-601;

c. Carelessly owned, operated, managed, and maintained said tractor trailer by failing to decrease speed to avoid colliding with another vehicle;

d. Carelessly and negligently failed to properly train and supervise its agents/employees in the safe operation of the aforesaid tractor trailer;

e. Carelessly owned, operated, managed, and maintained said tractor trailer by failing to keep a proper lookout, including, but not limited to failing to see that Plaintiff was stopped;

f. Carelessly and negligently rear-ended Plaintiff's vehicle;

g. Carelessly and negligently failed to take evasive action to avoid a collision;

h. Carelessly and negligently followed another vehicle more closely than was reasonable and prudent in violation of 625 ILCS 5/12-601;

4

FILED DATE: 5/4/2021 11:41 AM    2021L004558

     i.  Carelessly and negligently failed to equip said tractor trailer with adequate brakes in violation of 625 ILCS 5/12-301;

     j.  Carelessly owned, operated, managed, and maintained said tractor trailer by failing to give audible of its approach.

22.    As a proximate result of one or more of these negligent acts or omissions of Defendant, VETERAN'S, individually, and by and through its agent/employee, Defendant HEALEY, individually, the PLAINTIFF sustained injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, KATELYN GARLICK, demands judgment against Defendant, VETERAN'S, individually, and by and through its agent/employee, Defendant, HEALEY, individually, for a sum in excess of the jurisdictional limit of $50,000 of the Law Division of the Circuit Court of Cook County, Illinois.

Respectfully submitted,

**WINTERS SALZETTA O'BRIEN & RICHARDSON, LLC**

By:   _____

       Paul L. Salzetta

**Winters Salzetta O'Brien & Richardson, LLC**
111 West Washington Street, Suite 1200
Chicago, Illinois 60602
(312) 236-6324
(312) 236-6426 Fax
Firm No.: 60473
office@wsorlaw.com

FILED DATE: 5/4/2021 11:41 AM    2021L004558

FILED
5/4/2021 11:41 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004558

**IN THE CIRCUIT COURT COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| KATELYN GARLICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| WAYNE HEALEY, JR., individually, | ) | |
| and as agent of VETERAN'S TRUCK | ) | |
| LINE, INC., a Wisconsin Corporation, | ) | |
| and VETERAN'S TRUCK LINE, INC., | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |
| | ) | |

**SUPREME COURT RULE 222(b) AFFIDAVIT**

The undersigned, Paul L. Salzetta, does hereby state under oath and under penalty of

perjury:

1.    My name is Paul L. Salzetta.

2.    I represent the Plaintiff in the above-captioned case.

3.    The Plaintiff is seeking damages in excess of $50,000.00.

4.    FURTHER AFFIANT SAYETH NOT.

_____
Paul L. Salzetta

Subscribed to and sworn before me this 4th day of May, 2021.

_____
NOTARY PUBLIC

**Winters Salzetta O'Brien & Richardson, L.L.C.**
111 West Washington Street Suite 1200
Chicago, Illinois 60602
(312) 236-6324 / (312) 236-6426 - Fax
Atty No. 60473
Email: psalzetta@wsorlaw.com

PRECIOUS Y HARRISON
Official Seal
Notary Public - State of Illinois
My Commission Expires May 28, 2023

**Civil Action Cover Sheet - Case Initiation**      **(12/01/20) CCL 0520**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

KATELYN GARLICK

v.

WAYNE HEALEY, JR., Ind.& as agent of Veteran's Truck Line, Inc., and VETERANS TRUCK LINE, INC.

No. _____

FILED
5/4/2021 11:41 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004558

FILED DATE: 5/4/2021 11:41 AM   2021L004558

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☒ Yes ☐ No

(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH

CASE TYPES:
- ☒ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES

CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: Paul L. Salzetta

    (Attorney)          (Pro Se)

### COMMERCIAL LITIGATION

CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS

CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

Primary Email: psalzetta@wsorlaw.com

Secondary Email: office@wsorlaw.com

Tertiary Email: _____

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

## IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS